UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT J. COYLE; VALLEY PROTEIN, LLC,<br><br>　　　　Respondents. | Case No.: 1:24-cv-01157-KES-SAB<br><br>ORDER REQUIRING RESPONDENT ROBERT J. COYLE TO SHOW CAUSE RE TAX SUMMONS ENFORCEMENT<br><br>DATE:　DECEMBER 11, 2024<br>TIME:　10:00 AM<br>CTRM:　9, 6TH FLOOR<br>JUDGE: STANLEY A. BOONE |

　　　　On September 30, 2024, the United States filed a petition to enforce an Internal Revenue Service ("IRS") Summons pursuant to 26 U.S.C. § 7602, including a supporting declaration from Revenue Service Officer Lori L. Minjarez. (ECF. No. 1.) Upon review of the petition, the Court ORDERS that:

　　　　1.　　Respondent Robert J. Coyle shall appear before United States Magistrate Judge Stanley A. Boone in the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California, on **Wednesday, December 11, 2024, at 10:00 a.m.**, in Courtroom 9 to show cause why Respondents should not be compelled to obey the IRS summons issued on February 24, 2023.

　　　　2.　　The Court will preside pursuant to 28 U.S.C. § 636(b) and Local Rule 302(c)(9).

　　　　3.　　To afford Respondents an opportunity to respond to this order, a copy of this order, the Petition, the Declaration, and Exhibit A to the Declaration shall be served by delivering a copy to Respondent Coyle personally, or by leaving a copy at Mr. Coyle's dwelling house or usual place of abode with some person of suitable age and discretion residing therein, or by any other means of service permitted by Fed. R. Civ. P. 4(e), at least **thirty (30) days** before the show cause hearing date, unless such service cannot be made despite reasonable efforts.

1

4. Proof of service pursuant to paragraph 4 shall be filed with the Clerk of the Court on or before **November 13, 2024**.

5. The Petition and Declaration reflect a <u>prima facie</u> showing that the subject IRS investigation and summons are conducted and issued for a legitimate purpose, that the associated inquiry is relevant to that purpose, that the information sought is not already within the IRS' possession, and that the administrative steps required by the Internal Revenue Code have been followed. <u>See</u> <u>United States v. Powell</u>, 379 U.S. 48, 57-58 (1964).

6. The burden has therefore shifted to whomever might oppose enforcement of the summons. If Respondents have any defense or opposition to the Petition, such defense or opposition shall be filed and served at least **fourteen (14) days** before the show cause hearing date. <u>See</u> L.R. 230(c).

7. At the show cause hearing, the Magistrate Judge intends to consider the issues properly raised in opposition to enforcement. Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered. Any uncontested allegation in the Petition may be deemed admitted.

8. If Respondents have no objection to enforcement of the summons, they may file and serve a statement of non-opposition to the Petition at least **ten (10) days** prior to the show cause hearing date, including any continued date. Respondent Coyle's appearance at the hearing will then be excused.

IT IS SO ORDERED.

Dated:   **October 9, 2024**

UNITED STATES MAGISTRATE JUDGE