# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>ROBERT J. COYLE, et al.,<br><br>Respondents. | Case No. 1:24-cv-01157-KES-SAB<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING IRS SUMMONS SERVED UPON ROBERT J. COYLE AND VALLEY PROTEIN, LLC BE ENFORCED<br><br>(ECF No. 1)<br><br>**OBJECTIONS DUE WITHIN FOURTEEN DAYS** |

On September 30, 2024, the United States filed a petition to enforce an Internal Revenue Service ("IRS") summons issued to Respondent Robert J. Coyle in his capacity as president of Respondent Valley Protein, LLC. (ECF No. 1.) On October 10, 2024, the Court issued an order to show cause as to why that summons should not be enforced. (ECF No. 6.) A copy of that order, the petition, and its supporting documents were personally served on Respondent on October 21, 2024. (ECF No. 7.)

This matter came for a hearing before the undersigned on December 11, 2024. (ECF No. 8.) Assistant U.S. Attorney Robert A. Fuentes appeared on behalf of Petitioner. Robert J. Coyle appeared pro se on behalf of himself and Valley Protein. (Id.) Respondent Coyle presented no argument at the hearing, and Respondents have not filed any defense or opposition to the petition as provided in the order to show cause. Respondent Coyle confirmed that he may be served at the "Hedges" address at which he was served the petition, which is 1828 E. Hedges Avenue,

Fresno, CA 93703. (ECF No. 7.)

Based on the uncontroverted, verified petition and supporting declaration by Revenue Officer Lori L. Minjarez, and the entire record, the undersigned makes the following findings, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 304 of the Local Rules of the United States District Court for the Eastern District of California:

1. Subject matter jurisdiction is invoked pursuant to 28 U.S.C. §§ 1340 and 1345 and is found to be proper. 26 U.S.C. §§ 7402(b) and 7604(a) authorize the government to bring this action in this Court.

2. The petition, declaration, and exhibits constituted a *prima facie* showing that the subject IRS investigation is conducted pursuant to a legitimate purpose, that the associated inquiry is relevant to that purpose, that the information sought is not already within the IRS' possession, and that the administrative steps required by the Internal Revenue Code have been followed. See United States v. Powell, 379 U.S. 48, 57-58 (1964).

3. Because Respondents have not presented any argument or evidence in this matter, they have not rebutted that *prima facie* showing.

4. The IRS summons issued on February 24, 2023 (ECF No. 1-1 ¶ 4), and served upon Respondent Coyle that same date (Id. at ¶ 5), seeking testimony and production of documents and records in his possession was issued in good faith and for a legitimate purpose under 26 U.S.C. § 7602, that is, to ascertain the correctness of Respondent Valley Protein's tax returns and to determine its tax liabilities for the annual periods ending December 31, 2011, through December 31, 2021, and for the quarterly periods ending September 30, 2011, June 30, 2012, September 30, 2012, December 31, 2012, and March 31, 2013. (Id. at ¶ 3.)

5. The information sought by the IRS is relevant to that legitimate purpose and not already in the possession of the IRS.

6. The administrative steps required by the Internal Revenue Code have been followed.

7. There is no evidence of a referral of this case by the IRS to the Department of Justice for criminal prosecution.

Accordingly, IT IS HEREBY RECOMMENDED that the IRS summons served upon Respondent Coyle in his capacity as president of Respondent Valley Protein be enforced and that:

1. Respondent Coyle be ordered to appear at the United States Attorney's Office located at the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Suite 4401, Fresno, CA 93721, before Assistant U.S. Attorney Robert A. Fuentes or IRS Revenue Officer Lori L. Minjarez at 10:00 AM on January 13, 2025;

2. Respondent Coyle be ordered, on the above date and time, to produce for examination and copying all documents and records demanded by the summons that are in his possession, custody, or control regarding assets, liabilities, or accounts of Respondent Valley Protein, LLC, including, but not limited to, bank statements, checkbooks, canceled checks, savings account passbooks, records or certificates of deposit, and other forms or data listed in the summons; and,

3. Failure to comply with this order may result in the issuance of sanctions.

These findings and recommendations are submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 304 of the Local Rules of the United States District Court for the Eastern District of California. Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be titled "Objections to Magistrate Judge's Findings and Recommendations." Any reply to such objections shall be served and filed within fourteen days after service of the objections. The District Judge will then review these findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

It is FURTHER ORDERED that the United States shall serve a copy of this Order on Robert J. Coyle, 1828 E. Hedges Avenue, Fresno, CA 93703, and file proof of service within three (3) days of completing service.

IT IS SO ORDERED.

Dated:     **December 12, 2024**

STANLEY A. BOONE
United States Magistrate Judge